IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| LOREN MITCHELL, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 1:10-CV-75 (WLS) |
| *Warden* DANNIE THOMPSON, *et al.*, | : |
| Defendants. | : |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed April 8, 2011. (Doc. 37). It is recommended that Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction (Doc. 19) be denied. (Doc. 37 at 4-5). Plaintiff filed a timely Objection. (Doc. 38). In said Objection, however, Plaintiff expressly states that he "abandons his claim of injunctive relief and withdraws his motion requesting a temporary restraining order and a preliminary injunction." (Doc. 38 at 3). The Court construes this statement as voicing no objection to Judge Langstaff's recommendation.

Accordingly, United States Magistrate Judge Langstaff's April 8, 2011 Report and Recommendation (Doc. 37) is **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction (Doc. 19) is **DENIED**.

**SO ORDERED**, this 6th day of May, 2011.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**

1